# Order

Michigan Supreme Court
Lansing, Michigan

January 31, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150799

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JOSIAH JOHNSON,
       Defendant-Appellant.

SC: 150799
COA: 324333
Wayne CC: 07-010893-FC

_____/

On order of the Court, the application for leave to appeal the December 19, 2014 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Comer* (Docket No. 152713) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2017

Clerk

s0123